UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TARA LEIGH PATRICK a/k/a CARMEN ELECTRA, DENISE MILANI a/k/a DENISE TRLICA, JAIME EDMONDSON-LONGORIA, JENNIFER WALCOTT a/k/a JENNIFER ARCHULETA, INA SCHNITZER a/k/a JORDAN CARVER, LUCY LINDER and ROSA ACOSTA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE CADILLAC LOUNGE, LLC and NANCY L. SHAPPY,<br><br>　　　　Defendants. | C.A. NO. 1:19-cv-00494-JJM-PAS |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Jamal D. Burk as counsel of record for the Defendants, The Cadillac Lounge, LLC and Nancy L. Shappy in regard to the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THE CADILLAC LOUNGE, LLC and
　　　　　　　　　　　　　　　　NANCY L. SHAPPY

　　　　　　　　　　　　　　　　By: Their Attorneys

　　　　　　　　　　　　　　　　/s/ *Jamal D. Burk*
　　　　　　　　　　　　　　　　Samuel C. Bodurtha, Bar No. 7075
　　　　　　　　　　　　　　　　Jamal D. Burk, Bar No. 9550
　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　56 Exchange Terrace
　　　　　　　　　　　　　　　　Providence, RI  02903
　　　　　　　　　　　　　　　　Tel: (401) 751-0842/Fax: (401) 751-0072
　　　　　　　　　　　　　　　　Email:  sbodurtha@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　　jburk@hinshawlaw.com

Dated:　December 15, 2020

## CERTIFICATE OF SERVICE

      I, Jamal D. Burk, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2020.

                                            /s/ *Jamal D. Burk*
                                            Jamal D. Burk

1025141\307170223.v1